IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. _____

| | | |
|---|---|---|
| KATHRYN MCHUTCHISON | ) | |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF** |
| | ) | **SPENCER SHAR** |
| v. | ) | |
| | ) | |
| SPENCER SCHAR | ) | |
| | ) | |
| Defendant. | ) | |

Spencer Schar declares:

**Background & Residency**

1. I am over the age of eighteen and I am competent to make this declaration. I have personal and actual knowledge of the matters and facts set forth in this declaration including the documents attached to it

2. I am a citizen and resident of Palm Beach—which is situated within Palm Beach County—Florida.

3. I have been a resident of Palm Beach, Florida since at least August, 2005. I became a citizen of Palm Beach when I reached the age of eighteen in 2015.

4. As a citizen and resident of Palm Beach, Florida (Palm Beach County), I am registered to vote in the State of Florida. A true and correct copy of my voter registration card is attached as Exhibit A.

5. In addition, the only driver's license I hold was issued to me by the State of Florida. A true and correct copy of my Florida driver's license is attached as Exhibit B.

6. I attend college as an undergraduate student at Elon University, which is located in Elon, North Carolina (Alamance County). I am not, however, a citizen or resident of North Carolina. Instead, as set forth above, I am a citizen, and have long been a resident, of Palm Beach, Florida.

7. Documents provided to and maintained by Elon University reflect that I am a citizen and resident of Palm Beach, Florida, not North Carolina. A true and correct copy of a document issued by Elon University, noting my "Permanent Address" and residence in Palm Beach, Florida, is attached as Exhibit C.

**Settlement Demand**

8. Before Plaintiff filed the Complaint in the instant case, Plaintiff, through her counsel, provided a written settlement demand letter to me, through my counsel, demanding that I (a college student) pay Plaintiff well in excess of $75,000 in exchange of Plaintiff's agreement to not file the claims Plaintiff later asserted in her Complaint in this action. A true and correct copy of Plaintiff's demand letter is attached as Exhibit D.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

This the 14th day of June 2018.

_____
Spencer Schar

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DECLARATION OF SPENCER SCHAR** has been electronically filed using the CM/ECF system, and the following parties were served via electronic mail as follows:

> Robert E. Zaytoun
> Matthew D. Ballew
> John R. Taylor
> Zaytoun Law Firm, PLLC
> 3130 Fairhill Drive, Suite 100
> Raleigh, NC 27612
> *Attorneys for Plaintiff*
> *Tel: 919-832-6690*
> *Fax: 919-831-4793*

This the 15th day of June, 2018.

> BROOKS, PIERCE, McLENDON,
> HUMPHREY & LEONARD, L.L.P.
>
> By: /s/ John W. Ormand III
> John W. Ormand III
> N.C. State Bar No. 14160
> Attorney for Plaintiff
> P.O. Box 1800
> Raleigh, NC 27602
> Phone: (919) 839-0300
> Fax: (919) 839-0304
> Email: jormand@brookspierce.com
> and
> Justin N. Outling
> North Carolina State Bar No. 38409
> Post Office Box 26000
> Greensboro, North Carolina 27420
> Telephone: (336) 373-8850
> Email: joutling@brookspierce.com
> *Attorneys for Defendant Spencer Schar*