# EXHIBIT D

# EXHIBIT D

# REDACTED