UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-507

| | |
|---|---|
| KATHRYN MCHUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **BRIEF IN SUPPORT OF JOINT** |
| v. ) | **MOTION FOR ENTRY OF** |
| ) | **PROTECTIVE ORDER** |
| SPENCER SCHAR, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and for the reasons stated in the corresponding Joint Motion for Entry of Protective Order, Plaintiff Kathryn McHutchison ("Plaintiff") and Defendant Spencer Schar ("Defendant," collectively, the "Parties") respectfully request that the motion be granted. The Parties submit this Joint Motion for good cause and in the interests of justice to facilitate discovery in this matter.

WHEREFORE, the Parties respectfully request that the Joint Motion for Entry of Protective Order be GRANTED, and that the Court review the Parties' Proposed Protective Order (attached to the Joint Motion as **Exhibit A**) and competing proposals from the parties for Paragraphs 6(c) and 7, and thereafter enter a Protective Order in this action

This the 28th day of February, 2019.

| | |
|---|---|
| /s/ John R. Taylor | /s/ Justin N. Outling |
| Robert E. Zaytoun | Kearns Davis |
| N.C. State Bar No. 6942 | N.C. State Bar No. 22014 |
| rzaytoun@zaytounlaw.com | kdavis@brookspierce.com |
| Matthew D. Ballew | John W. Ormand III |
| N.C. State Bar No. 39515 | N.C. State Bar No. 14160 |
| mballew@zaytounlaw.com | jormand@brookspierce.com |
| John R. Taylor | Justin N. Outling |
| N.C. State Bar No. 43248 | N.C. State Bar No. 38409 |
| jtaylor@zaytounlaw.com | joutling@brookspierce.com |

| | |
|---|---|
| ZAYTOUN LAW FIRM, PLLC<br>3130 Fairhill Drive, Suite 100<br>Raleigh, NC  27612<br>Tel: 919-832-6690<br>Fax: 919-831-4793<br><br>*Attorneys for Plaintiff Kathryn McHutchison* | Shepard D. O'Connell<br>N.C. State Bar No. 50652<br>soconnell@brookspierce.com<br>BROOKS, PIERCE, MCLENDON,<br>   HUMPHREY & LEONARD, LLP<br>P.O. Box 26000<br>Greensboro, NC 27420<br>Telephone: (336) 271-3174<br><br>*Attorneys for Defendant Spencer Schar* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Kearns Davis
> N.C. State Bar No. 22014
> John W. Ormand III
> N.C. State Bar No. 14160
> Justin N. Outling
> N.C. State Bar No. 38409
> Shepard D. O'Connell
> N.C. State Bar No. 50652
> Brooks Pierce McLendon Humphrey & Leonard, LLP
> 230 North Elm Street
> 2000 Renaissance Plaza
> Greensboro, NC 27420
> Telephone: (336) 373-8850
> Email: kdavis@brookspierce.com
> Email: jormand@brookspierce.com
> Email: joutling@brookspierce.com
> Email: soconnell@brookspierce.com

This the 28th day of February, 2019.

**ZAYTOUN LAW FIRM, PLLC**

/s/ John R. Taylor
John R. Taylor
***Attorneys for Plaintiff Kathryn McHutchison***